MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
JOSHUA E. WHITEHAIR (State Bar No. 244900)
jew@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-01667-JCS<br><br>**STIPULATION *RE* BRIEFING SCHEDULE FOR MOTION TO REMAND** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Gustavo Reyes and Maria Teresa Guerrero ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") that any Opposition to Plaintiffs' Motion to Remand shall be filed and served by June 11, 2010 and that any Reply thereto shall be filed and served by June 18, 2010.  The hearing on Plaintiffs' Motion to Remand remains set for July 16, 2010.

DATED: June 1, 2010

LAW OFFICES OF PETER B. FREDMAN
LAW OFFICES OF DAVID PIVOTRAK


By: _____/S/_____
       Peter B. Fredman

Attorneys for Plaintiffs


DATED:  June 1, 2010

SEVERSON & WERSON
A Professional Corporation


By: _____/S/_____
       Joshua E. Whitehair

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated: June 2, 2010

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

07725/0128/815200.1

Stipulation Re Briefing Schedule For Motion to Remand
Case No.: 3:10-cv-01667-JCS