Peter B. Fredman (Cal. State Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

David Pivtorak (State Bar No. 255943)
LAW OFFICE OF DAVID PIVTORAK
166 Santa Clara Ave. Suite 205
Oakland, California 94610
Telephone (510) 658-2500
Facsimile: (877) 748-4529
pivtoraklaw@gmail.com

Attorney for Plaintiffs,
GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife,
 individually, and on behalf of others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually, and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>   Defendants. | Case No. C 10-01667 (JCS)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, on May 5, 2010, the Court rescheduled the Initial Case Management
2  Conference to August 13, 2010 at 1:30 p.m.;
3  WHEREAS, plaintiffs' counsel will be unavailable on August 13, 2010 due to a family
4  vacation;
5  WHEREAS, the Court denied plaintiffs' Motion for Remand on June 29, 2010;
6  NOW THEREFORE, the parties hereby stipulate and agree that:
7  (1)   The Initial Case Management Conference is continued to September 10, 2010 at
8  1:30 p.m. or the first available date thereafter.
9  (2)   All associated deadlines will be moved accordingly.

**STIPULATION**

IT IS SO STIPULATED

DATE:  July 9, 2010                     LAW OFFICE OF PETER B. FREDMAN
                                        LAW OFFICES OF DAVID PIVTORAK


                                        By: /s/ Peter Fredman

                                            Attorney for Plaintiffs,
                                            GUSTAVO REYES and MARIA TERESA
                                            GUERRERO


DATE:  July 9, 2010                     SEVERSON & WERSON
                                        A Professional Corporation


                                        By: /s/ Joshua E. Whitehair

                                            Attorney for Defendant,
                                            WELLS FARGO BANK, N.A.

STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
NO.  10-01667 (JCS)

**ORDER**

IT IS SO ORDERED

The Initial Case Management Conference is continued to September 10, 2010 at 1:30 p.m.

All associated deadlines are continued accordingly

Date: July 9, 2010

_____
Hon. Joseph C. Spero
U.S. Magistrate Judge

STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
NO. 10-01667 (JCS)