1 Peter B. Fredman (Cal. State Bar No. 189097)
  LAW OFFICE OF PETER FREDMAN
2 125 University Ave, Suite 102
  Berkeley, CA 94710
3 Telephone: (510) 868-2626
  Facsimile: (510) 868-2627
4 peter@peterfredmanlaw.com

5 David Pivtorak (State Bar No. 255943)
  LAW OFFICE OF DAVID PIVTORAK
6 166 Santa Clara Ave. Suite 205
  Oakland, California 94610
7 Telephone (510) 658-2500
  Facsimile: (877) 748-4529
8 pivtoraklaw@gmail.com

9 Attorney for Plaintiffs,
  GUSTAVO REYES and MARIA
10 TERESA GUERRERO, husband and wife,
   individually, and on behalf of others similarly situated

11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually, and on behalf of others similarly situated, | Case No. C 10-01667 (JCS) |
| | **CLASS ACTION** |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive, | |
| Defendants. | |

Good cause having been shown, Plaintiffs are granted leave to file a First Amended Complaint in this matter.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: 09/21/10 _____

_____
Hon. Joseph C. Spero
US MAGISTRATE JUDGE

1

[PROPOSED] ORDER
NO. 10-01667 (JCS)