1  Peter B. Fredman (Cal. State Bar No. 189097)
2  LAW OFFICE OF PETER FREDMAN
   125 University Ave, Suite 102
3  Berkeley, CA 94710
   Telephone: (510) 868-2626
4  Facsimile:  (510) 868-2627
   peter@peterfredmanlaw.com
5
   David Pivtorak (State Bar No. 255943)
6  LAW OFFICE OF DAVID PIVTORAK
   166 Santa Clara Ave. Suite 205
7  Oakland, California 94610
   Telephone (510) 658-2500
8  Facsimile: (877) 748-4529
   pivtoraklaw@gmail.com
9
   Attorney for Plaintiffs,
10 GUSTAVO REYES and MARIA
   TERESA GUERRERO, husband and wife,
11 individually, and on behalf of others similarly situated
12
13                UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15
   GUSTAVO REYES and MARIA TERESA      )   Case No. C 10-01667 (JCS)
16 GUERRERO, husband and wife, individually, )
   and on behalf of others similarly situated, )
17                                     )   **CLASS ACTION**
              Plaintiffs,             )
18        v.                          )   **STIPULATION AND (~~PROPOSED~~)**
                                      )   **ORDER FOR EXTENSION OF**
19 WELLS FARGO BANK, N.A., a national )   **TIME FOR DISCOVERY AND**
   bank; and DOES 1-100, inclusive,   )   **FILING MOTION FOR CLASS**
20                                     )   **CERTIFICATION**
              Defendants.             )
21                                     )
22 _____ )
23
24        WHEREAS, on September 10, 2010, at the Initial Case Management Conference

25 ("CMC"), the Court set a deadline of March 18, 2011 for Plaintiffs to file a motion for class

26 certification and ordered the parties to commence discovery as necessary;

27        WHEREAS, on September 22, 2010, pursuant to stipulation, Plaintiffs filed a First

28 Amended Complaint ("FAC") as discussed at the CMC;

---

1

WHEREAS, on October 12, 2010, Plaintiffs served class discovery on Defendant as discussed at the CMC; responses were due November 15, 2010.

WHEREAS, on October 13, 2010, Defendant filed and served a motion to dismiss the FAC noticing the hearing for November 19, 2010. Thereafter, Plaintiffs requested that the hearing be continued to December 3, 2010 and Defendant accommodated that request amending its notice for that date. Subsequently, the Court continued the hearing date again, setting it for December 17, 2010.

WHEREAS, on November 15, 2010, Defendant served responses to discovery that objected to class discovery on the primary grounds of burden and, among others, of the pending motion to dismiss the FAC, which is potentially dispositive.

WHEREAS, on November 15-17, 2010, the parties met and conferred regarding Plaintiffs impending motion to compel discovery.

THEREFORE, the parties propose the following resolution of the discovery dispute subject to Court approval:

1. The deadline for filing the motion for class certification shall be extended from March 18, 2011 to April 29, 2011.

2. Defendant will file supplemental discovery responses to the class discovery on December 22, 2010 if the motion to dismiss does not dispose of the action.

3. Plaintiffs will not file a motion to compel pending review of the supplemental responses.

**IT IS SO STIPULATED**

DATE: November 18, 2010      LAW OFFICE OF PETER B. FREDMAN
                                       LAW OFFICES OF DAVID PIVTORAK

                                       By: /s/ Peter Fredman
                                          Attorney for Plaintiffs

DATE:  November 18, 2010

SEVERSON & WERSON
A Professional Corporation


By: /s/ Joshua E. Whitehair
    Attorney for Defendant




## <u>ORDER</u>


**IT IS SO ORDERED**


1.  The deadline for filing the motion for class certification is extended from March 18, 2011 to April 29, 2011.

2.  Defendant will file supplemental discovery responses to the class discovery on December 22, 2010 if the motion to dismiss does not dispose of the action.

3.  Plaintiffs will not file a motion to compel pending review of the supplemental responses.


Date:___ 11/19/10 _____

_____
Hon. Joseph C. Spero
U.S. MAGISTRATE JUDGE

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR DISCOVERY AND FILING MOTION FOR CLASS
CERTIFICATION  --  Reyes v. Wells Fargo -- NO.  10-01667 (JCS)