MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjs@severson.com
jew@severson.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-01667-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME AS TO DISCOVERY AND FILING DEADLINE FOR CLASS CERTIFICATION MOTION** |

WHEREAS, on September 10, 2010, at the Initial Case Management Conference ("CMC"), the Court set a deadline of March 18, 2011 for Plaintiffs to file a motion for class certification and ordered the parties to commence discovery as necessary;

WHEREAS, on September 22, 2010, pursuant to stipulation, Plaintiffs filed a First Amended Complaint ("FAC") as discussed at the CMC;

WHEREAS, on October 12, 2010, Plaintiffs served class discovery on Defendant as discussed at the CMC; responses were due November 15, 2010;

WHEREAS, on October 13, 2010, Defendant filed and served a motion to dismiss the FAC noticing the hearing for November 19, 2010. Thereafter, Plaintiffs requested that the hearing be

07725/0128/871151.1            Stipulation and [Proposed] Order Extending Deadlines
                                                                   Case No.: 3:10-cv-01667-JCS

continued to December 3, 2010 and Defendant accommodated that request amending its notice for that date. Subsequently, the Court continued the hearing date again, setting it for December 17, 2010;

WHEREAS, on November 15, 2010, Defendant served responses to discovery that objected to class discovery on the primary grounds of burden and, among others, of the pending motion to dismiss the FAC as potentially dispositive;

WHEREAS, on November 15-17, 2010, the parties met and conferred regarding Plaintiffs' impending motion to compel discovery;

WHEREAS, the parties proposed the following resolution of the discovery dispute subject to Court approval:

1. That deadline for filing the motion for class certification be extended from March 18, 2011 to April 29, 2011.
2. That Defendant would file supplemental discovery responses to the class discovery on December 22, 2010 if the motion to dismiss does not dispose of the action.
3. That Plaintiffs will not file a motion to compel pending review of the supplemental responses;

WHEREAS, on November 19, 2010, the Court entered an order approving the parties' stipulation;

WHEREAS, Defendant's motion to dismiss the FAC came regularly on for hearing on December 17, 2010 with the Court taking the matter under submission, although indicating that some claims may be dismissed while others may survive;

WHEREAS, it is Defendant's position that the Court's ruling on the motion to dismiss will affect how the claims are to be analyzed in relation to the scope of the proposed class and how Defendant should supplement its responses to specific discovery requests, particularly as those requests seek information regarding putative class members. Nevertheless, Defendant has instructed its employee to research whether responsive information and documents exist and can be located with a reasonably diligent search and produced considering the burden and expense. Given year-end business obligations and the impending holidays, Defendant anticipates that, following the Court's order on the motion to dismiss, that this process will require several more weeks; and

WHEREAS, Plaintiffs disagree that the Court's ruling on the motion to dismiss affects their class discovery but, nevertheless, agree to an extension of time for supplemental responses to that discovery provided Defendant agrees to, and the Court approves, an extension of time to file their motion for class certification.

WHEREFORE, the parties hereby stipulate and request the Court order as follows:

1. That deadline for filing the motion for class certification be extended from April 29, 2011 to May 31, 2011.
2. That Defendant will serve supplemental discovery responses to the class discovery on or before January 21, 2011.
3. That Plaintiffs will not file a motion to compel pending review of the supplemental responses.

This stipulation becomes effective upon the Court's order, and is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: December 21, 2010        LAW OFFICES OF PETER B. FREDMAN
                                LAW OFFICES OF DAVID PIVOTRAK


                                By:      /S/Peter B. Fredman
                                         Peter B. Fredman
                                Attorneys for Plaintiffs


DATED: December 21, 2010        SEVERSON & WERSON
                                A Professional Corporation


                                By:      /S/ Michael J. Steiner
                                         Michael J. Steiner

                                Attorneys for Defendant
                                WELLS FARGO BANK, N.A.

PURSUANT TO THE STIPULATION,

**IT IS SO ORDERED**.

Date: 12/21/10

_____
Hon. Joseph C. Spero
U.S. MAGISTRATE JUDGE

-3-

07725/0128/871151.1              Stipulation and [Proposed] Order Extending Deadlines
                                 Case No.: 3:10-cv-01667-JCS