MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjs@severson.com
jew@severson.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-01667-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME AS TO DISCOVERY AND FILING DEADLINE FOR CLASS CERTIFICATION MOTION** |

WHEREAS, the Court has previously approved two stipulations continuing the deadline for Defendant to serve supplemental responses to Plaintiffs' first set of written discovery while the Court considered and decided Defendant's motion to dismiss the First Amended Complaint ("FAC") and so as to permit Defendant sufficient time to conduct a reasonably diligent search for responsive information and documents;

WHEREAS, the prior stipulations have also extended the deadline for Plaintiffs to file and serve their motion for class certification to afford Plaintiffs sufficient time to conduct class discovery following receipt of Defendant's supplemental responses;

WHEREAS, on January 3, 2011, the Court entered an order granting in part and denying in part Defendant's motion to dismiss the FAC;

WHEREAS, Defendant reports that it made significant progress in searching for responsive

information and documents, including identifying the number of potential putative class members; nevertheless, Defendant requires a brief two-week extension to complete its research and analysis so that it may provide formal supplemental responses;

WHEREAS, Plaintiffs agree to the extension provided Defendant agrees to, and the Court approves, a corresponding extension of time to file their motion for class certification.

WHEREFORE, the parties agree and hereby stipulate as follows:

1. That deadline for filing the motion for class certification be extended from May 31, 2011 to June 14, 2011.
2. That Defendant will serve supplemental discovery responses to the class discovery on or before February 4, 2011.
3. That Plaintiffs will not file a motion to compel pending review of the supplemental responses.

This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: January 24, 2010

LAW OFFICES OF PETER B. FREDMAN
LAW OFFICES OF DAVID PIVOTRAK

By: _____/S/Peter B. Fredman_____
Peter B. Fredman

Attorneys for Plaintiffs

DATED: January 24, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____/S/ Joshua E. Whitehair_____
Joshua E. Whitehair

Attorneys for Defendant

PURSUANT TO THE STIPULATION,

**IT IS SO ORDERED**.

Date: January 25, 2011

_____
Hon. Joseph C. Spero
U.S. MAGISTRATE JUDGE

-2-

07725/0128/881229.1

Stipulation and [Proposed] Order Extending Deadlines
Case No.: 3:10-cv-01667-JCS