Steve W. Berman (*Pro Hac Vice* Pending)
Thomas E. Loeser (State Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. State Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

David Pivtorak (State Bar #255943)
LAW OFFICE OF DAVID PIVTORAK
50 Francisco St., Suite 103
San Francisco, CA 94133
Telephone: (415) 484-3009
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
GUSTAVO REYES and MARIA
TERESA GUERRERO, husband and wife,
individually, and on behalf of others similarly situated

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 10-01667 (JCS)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER SETTING HEARING AND BRIEFING SCEHDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Magistrate Judge Joseph C. Spero |

## RECITALS

1. This is a stipulation and proposed order to establish a class certification briefing schedule following a series of discovery disputes, the completion of certain discovery, and related agreements to continue the deadline for filing the motion for class certification.

2. The parties have been engaging in class-certification related discovery and meeting and conferring in order to resolve discovery disputes. During this time they have entered into a series of stipulations extending class certification deadlines.

3. On or about June 30, 2011, the parties agreed to extend the deadline again and that they would wait until pre-certification discovery plan could be developed before seeking an additional stipulated order thereon.

4. Discovery has now progressed to the point where the parties seek to set such a class certification briefing schedule.

## STIPULATION

THEREFORE, the parties stipulate and request that the Court order as follows:

1. Plaintiffs' deadline to file their motion for class certification is extended from September 12, 2011 to January 9, 2012.

2. Wells Fargo's opposition to the motion for class certification shall be due February 8, 2012.

3. Plaintiffs' reply brief in support of class certification shall be due February 22, 2012.

4. This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

5. Motion hearing to be held on Friday, April 6, 2012 at 9:30 a.m. [handwritten, initialed JCS]

IT IS SO STIPULATED

DATE: September 1, 2011

HAGENS BERMAN SOBOL SHAPIRO LLP
LAW OFFICE OF PETER FREDMAN
LAW OFFICE OF DAVID PIVTORAK

By: /s/ Peter Fredman
Attorney for Plaintiffs

2
STIPULATION AND (PROPOSED) ORDER SETTING HEARING
AND BRIEFING SCEHDULE FOR MOTION FOR CLASS CERTIFICATION

DATE: September 1, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ Michael J. Steiner
Attorney for Defendant

## ORDER

1. The hearing on class certification shall be on 4/6/2012 at 9:30 a.m.
2. Plaintiffs shall file their motion for class certification by January 9, 2012.
3. Defendant's opposition shall be due February 8, 2012.
4. Plaintiffs' reply brief is due February 22, 2012.

**IT IS SO ORDERED**

Date: 9/6/11

_____
Hon. Joseph C. Spero
U.S. MAGISTRATE JUDGE