1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  ALEX C. SEARS (State Bar No.232491)
   acs@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  GUSTAVO REYES and MARIA TERESA          Case No.:  3:10-cv-01667-JCS
    GUERRERO, husband and wife, individually
13  and on behalf of others similarly situated,   STIPULATION AND [PROPOSED] ORDER
                                                   RE: COURT-ORDERED MEDIATION
14                 Plaintiffs,

15        vs.                                  Judge:          The Hon. Joseph C. Spero
                                               Complaint Filed:  Mar. 11, 2010
16  WELLS FARGO BANK, N.A., a national         Trial Date:     (not yet set)
    bank; and DOES 1-100, inclusive,
17
                   Defendants.
18

19        WHEREAS, on August 29, 2010, this Court ordered plaintiffs Gustavo Reyes and Maria

20  Teresa Guerrero and defendant Wells Fargo Bank, N.A., to mediate this case pursuant to Local

21  Rule 6; and

22        WHEREAS, the parties agreed to schedule the mediation before the court-appointed

23  mediator; and

24        WHEREAS, the parties subsequently agreed to conduct a mediation before a private

25  mediator, namely, Hon. Ronald M. Sabraw (Ret.) of JAMS, in lieu of the court-appointed

26  mediation procedure; and

27  ///

28  ///

1    WHEREAS, the parties previously submitted a stipulation and proposed order to the Court

2  informing the Court of their decision to mediate before Retired Judge Sabraw and requesting a

3  continuance of the schedule for class certification; and

4    WHEREAS, the Court entered the proposed order on December 21, 2011 directing the

5  parties to mediate as they had agreed; and

6    WHEREAS, the parties held the agreed-upon mediation before Retired Judge Sabraw on

7  February 16, 2012; and

8    WHEREAS, the parties believe that the mediation before Retired Judge Sabraw was

9  productive and resulted in progress toward settlement, though they have not yet reached a final

10  resolution; and

11    WHEREAS, the parties believe that their mediation before Retired Judge Sabraw

12  constituted satisfaction of their agreement to mediate this matter, and that court-appointed

13  mediation is unnecessary;

14    WHEREFORE, the parties agree and hereby stipulate as follows:

15    1.    That the February 16, 2012 mediation session satisfied their obligation to mediate

16        this case pursuant to the Court's August 29, 2010 order; and

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

07725/0128/2143071.1                    STIPULATION AND [PROPOSED] ORDER RE: MEDIATION

2.    That mediation before the court-appointed mediator is unnecessary in light of the parties' February 16, 2012 mediation.

This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED:  February 29, 2012

        LAW OFFICES OF PETER B. FREDMAN
        LAW OFFICES OF DAVID PIVOTRAK


By:_____*/S/Peter B. Fredman*_____
        Peter B. Fredman
Attorneys for Plaintiffs

DATED:  February 29, 2012

        SEVERSON & WERSON
        A Professional Corporation


By:_____*/S/ Michael J. Steiner*_____
        Michael J. Steiner

Attorneys for Defendant
WELLS FARGO BANK, N.A.


PURSUANT TO THE STIPULATION,

    **IT IS ORDERED** that the parties have satisfied their obligation to mediate this case pursuant to the Court's August 29, 2010 order, and that the Court hereby VACATES its previous referral to court-appointed mediation.

Date:____March 1, 2012_____

_____
Hon. Jo...
U.S. Ma...

Judge Joseph C. Spero

07725/0128/2143071.1

STIPULATION AND [PROPOSED] ORDER RE: MEDIATION