Steve W. Berman (*Pro Hac Vice* Pending)
Thomas E. Loeser (State Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. State Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

David Pivtorak (State Bar #255943)
LAW OFFICE OF DAVID PIVTORAK
50 Francisco St., Suite 103
San Francisco, CA 94133
Telephone: (415) 484-3009
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
GUSTAVO REYES and MARIA
TERESA GUERRERO, husband and wife,
 individually, and on behalf of others similarly situated

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 10-01667 (JCS)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING SUPPLEMENTAL BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION TO FACILITATE FURTHER SETTLEMENT DISCUSSIONS**<br><br>Hon.  Magistrate Judge Joseph C. Spero |

## **RECITALS**

WHEREAS:

1. At the hearing on Plaintiffs' motion for class certification on June 15, 2012, the Court ordered supplemental briefing on certain issues relating to that motion, to be completed by June 29, 2012. *See* Dkt. No. 118 (Minute Order).

2. The parties have previously engaged in settlement discussions, and participated in a mediation before Hon. Ronald Sabraw (Ret.) of JAMS on February 16, 2012.

3. At the hearing on plaintiffs' motion for class certification, the Court expressed views that informed the parties' respective views toward those settlement negotiations.

4. The parties now desire to continue the supplemental briefing schedule in order to pursue further settlement discussions directly and/or through Judge Sabraw.

## **STIPULATION**

THEREFORE, the parties stipulate and request that the Court order as follows:

1. The due date for the supplemental briefing on the motion for class certification is continued from June 29, 2012 to August 6, 2012.

2. The parties shall use this extension to pursue settlement.

3. This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

///

///

///

///

///

///

///

///

STIPULATION AND (PROPOSED) ORDER CONTINUING SUPPLEMENTAL BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION TO FACILIATE FURTHER SETTLEMENT DISCUSSIONS

**IT IS SO STIPULATED**

DATE: June 25, 2012

HAGENS BERMAN SOBOL SHAPIRO LLP
LAW OFFICE OF PETER FREDMAN
LAW OFFICE OF DAVID PIVTORAK


By: /s/ Peter Fredman
Attorneys for Plaintiffs


DATE: June 25, 2012

SEVERSON & WERSON
A Professional Corporation


By: /s/ Mark D. Lonergan
Attorney for Defendant


## **ORDER**

1. The due date for the supplemental briefing on the motion for class certification is continued from June 29, 2012 to August 6, 2012.

2. The parties shall use this extension to pursue settlement.

**IT IS SO ORDERED**

Date: June 26, 2012

_____
Hon. Joseph C. Spero
U.S. MAGISTRATE JUDGE

---

3

STIPULATION AND (PROPOSED) ORDER CONTINUING SUPPLEMENTAL BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION TO FACILIATE FURTHER SETTLEMENT DISCUSSIONS