IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C-10-1667 JCS<br><br>**ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE SUPPLEMENTAL CLASS CERTIFICATION BRIEFING** |

In light of the parties' Joint Notice of Settlement of Case and Request to Vacate Supplemental Class Certification Briefing, the Court DENIES Plaintiffs' Motion for Class Certification ("Motion") without prejudice. If the parties' settlement falls through, the Motion may be renewed. Additionally, the Court orders that the Motion for Preliminary Approval of the Class

Action Settlement shall be filed **within 30 days** of the date of this Order. The Court further orders that the parties shall attend a case management conference on **January 11, 2013 at 1:30 p.m**.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge