MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
ALEX C. SEARS (State Bar No. 232491)
acs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:10-cv-01667-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

**RECITALS**

WHEREAS:

1. On November 12, 2012, the parties filed a Joint Notice of Settlement of Case and Request to Vacate Supplemental Class Certification Briefing, along with a proposed order.

2. On November 14, 2012, the Court entered the proposed order filed by the parties, and ordered that a Motion for Preliminary Approval of the class action settlement be filed within 30 days, *i.e.*, on or before December 14, 2012, and that the parties attend a case management conference on January 11, 2013.

3. Since the Court's November 14, 2012 order, the parties have exchanged drafts of a formal settlement agreement, and have met and conferred on the few outstanding details to be resolved.

4. The parties need further time to finalize the settlement agreement, obtain full client approval, prepare all exhibits to the agreement, and prepare the motion for preliminary settlement approval.

5. The parties will have difficulty meeting the December 14, 2012 deadline to file the motion for preliminary settlement approval. Lead counsel for Defendant Wells Fargo Bank and one of Plaintiffs' lead counsel both have several depositions in other matters scheduled between today and the December 14, 2012 deadline. Another of Plaintiffs' lead counsel has a bench trial in another matter scheduled for the week of December 10, 2012.

**STIPULATION**

THEREFORE, the parties stipulate and request that the Court order as follows:

1. The due date for the motion for preliminary settlement approval is continued from December 14, 2012, for a period of 30 days to January 14, 2013.

2. The parties shall attend a case management conference on   January 18   , 2013, at 1:30 PM.

3. This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: December 4, 2012     SEVERSON & WERSON

By: */s/ Michael J. Steiner*
       Michael J. Steiner

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: December 4, 2012     LAW OFFICES OF PETER FREDMAN
                            LAW OFFICES OF DAVID PIVOTRAK

By: */s/ Peter B. Fredman*
       Peter B. Fredman

Attorneys for Plaintiffs GUSTAVO REYES and MARIA TERESA GUERRERO

I, Michael J. Steiner, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Peter B. Fredman has concurred in this filing.

*/s/ Michael J. Steiner*

**ORDER**

PURSUANT TO THE ABOVE STIPULATION,

**IT IS SO ORDERED.**

DATED: December 5, 2012

Hon. Joseph C. Spero
U.S. Magistrate Judge