MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
ALEX C. SEARS (State Bar No. 232491)
acs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:10-cv-01667-JCS<br><br>**STIPULATION AMENDING SETTLEMENT AGREEMENT IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: April 19, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Joseph C. Spero<br><br>Trial Date: None Set |

IT IS HEREBY STIPULATED, by and between plaintiffs Gustavo Reyes and Maria Teresa Guerrero and defendant Wells Fargo Bank, N.A. (the "Parties"), that paragraph B.1.b (p.4) of the Class Action Settlement Agreement And Release (the "Agreement") [Dkt. No. 136-1] is hereby amended to read, in its entirety, as follows:

> For purposes of this paragraph, "Settled Claims" means and includes any and all claims, actions, causes of action, offsets or liabilities, whether known or unknown, suspected or unsuspected, contingent or matured, which Plaintiffs or any member of the Settlement Class has had, now has, or may in the future have, arising from or relating to the special forbearance agreements and offer letters substantially similar to those sent to Plaintiffs (attached hereto as Exhibit A) that were sent to any such member of the Settlement Class between March 12, 2009 and October 31, 2012. <u>Excluded from this release are all claims for actual, economic damages (other than trial plan payments).</u>

1    IT IS FURTHER STIPULATED, by and between the Parties, that the Agreement is hereby
2 amended by replacing the Claim Form appended thereto as Exhibit C with the Claim Form
3 appended to this stipulation.

5 DATED: April 17, 2013          SEVERSON & WERSON
                                 A Professional Corporation

8                                By:    /s/ Michael J. Steiner
                                           Michael J. Steiner

                                 Attorneys for Defendant Wells Fargo Bank, N.A.

11                               LAW OFFICE OF PETER FREDMAN

13                               By:    /s/ Peter B. Fredman
                                           Peter B. Fredman

15                               Attorneys for Plaintiffs

19  Dated: 4/18/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA