MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
ALEX C. SEARS (State Bar No. 232491)
acs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GUSTAVO REYES and MARIA TERESA GUERRERO, husband and wife, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:10-cv-01667-JCS<br><br>[~~PROPOSED~~] ORDER APPROVING FINAL DISTRIBUTION OF SETTLEMENT FUNDS<br><br>The Hon. Hon. Joseph C. Spero<br><br>Trial Date:   None Set |

The Court has reviewed the Declaration of L. Stephens Tilghman Providing Final Accounting For The Distribution of Settlement Funds.  Based thereon, it is hereby ordered that the final distribution of the settlement funds is approved.  The settlement administrator shall send all remaining settlement funds to the *Cy Pres* recipient, the National Housing Law Project.

DATED: __4/28_____, 2014

_____
C. Spero
United States Magistrate Judge